IN THE UNITED STATE DISTRICT COURT
DISTRICT OF COLORADO
Senior Judge Kane L. Kane

Civil Action **No. 10-cv-02409-JLK-MJW**

**In Re: Application of HICKS BROADCASTING OF INDIANA, LLC, et al. (Mainstreet Broadcasting Company, Inc.)**

Related to:

**UNITED STATES OF AMERICA**,
    Plaintiff,

v.

**AMERICAN SOCIETY OF COMPOSERS, AUTHORS, AND PUBLISHERS**
    Defendant/Judgment Creditor.

---

ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION
RE: JUDGMENT DEBTOR'S MOTION TO QUASH (Doc. 10)

---

**KANE, J.**

This matter is currently before me on Magistrate Judge Watanabe's September 29, 2010, Recommendation on Judgment Debtor Mainstreet Broadcasting Company, Inc.'s Motion to Quash Writ of Garnishment Certified on September 3, 2010 (Doc. 3). No objections having being filed, the Recommendation is ADOPTED as an Order of the Court. Judgment Debtor Mainstreet Broadcasting Company, Inc.'s Motion to Quash Writ of Garnishment Certified on September 3, 2010 (Doc. 3) is DENIED for the reasons stated by Magistrate Judge Watanabe.

Dated: October 19, 2010                                              BY THE COURT

                                                                                        **/s/ John L. Kane**
                                                                                        SENIOR U.S. DISTRICT JUDGE