IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02409-JLK-MJW

In Re: Application of HICKS BROADCASTING OF INDIANA, LLC, et al.
(Mainstreet Broadcasting Company, Inc.)

    Judgment Debtor

Related To:

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,

    Defendant/Judgment Creditor.

## ORDER FOR PAYMENT INTO THE COURT REGISTRY

This matter is before the Court on an unopposed motion by the judgment creditor for an order to pay garnished funds into the Court Registry (Doc. #14). Having read the motion and being fully advised in the premises, the Court

HEREBY FINDS THAT:

1. A consent judgment in the amount of $44,754.60 was entered by the U.S. District Court for the Southern District of New York and properly registered in this district on August 30, 2010. (Doc. 1-1).

2. On September 3, 2010, a Writ of Garnishment ("First Writ") was issued and served on The First National Bank of Trinidad ("Garnishee"). (Doc. 2). Garnishee answered stating that it is currently holding $8,248 belonging to the judgment debtor. (Doc. 4). Judgment

debtor moved to quash the First Writ (Doc. 3). On September 29, 2010, Magistrate Judge Watanabe issued a Report and Recommendation that the motion be denied (Doc. 10), which this Court adopted on October 19, 2010. (Doc. 13).

3. A second Writ of Garnishment was issued on September 24, 2010 ("Second Writ") and served on Garnishee, with a copy to the judgment debtor via the CM/ECF system (Doc. 7). Garnishee answered stating that it is currently holding an additional $4,615 belonging to the judgment debtor. (Doc. 11).

4. The judgment debtor has filed no objection or other response to the Second Writ.

5. The Garnishee is indebted to the judgment debtor in the amount of $12,863.

Accordingly, IT IS THEREFORE ORDERED that the motion filed by ASCAP for an order to pay garnished funds into the Court Registry is GRANTED.

IT IS FURTHER ORDERED that the money now held by Garnishee in the amount of $12,863 be paid into the Registry of this Court and that the Garnishee be released and discharged as Garnishee with respect to the September 3, 2010 and September 24, 2010 Writs of Garnishment upon compliance with this order.

It is FURTHER ORDERED that the funds deposited into the Registry of the Court shall be held pending further order of the Court as to disposition of said funds.

DATED: October 26, 2010

BY THE COURT:

*s/John L. Kane*
John L. Kane
Unites States District Judge